ORIGINAL

1  SHAWN N. ANDERSON
   United States Attorney
2  BENJAMIN K. PETERSBURG
   Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
4  Hagåtña, Guam  96910
   PHONE:  (671) 472-7332
5  FAX:  (671) 472-7215

6  Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

JUN 17 2020

JEANNE G. QUINATA
CLERK OF COURT

7

8            IN THE UNITED STATES DISTRICT COURT

             FOR THE TERRITORY OF GUAM
9

   UNITED STATES OF AMERICA,          CRIMINAL CASE NO.  20-00017
10
              Plaintiff,              **INDICTMENT**
11
                                      **HARBORING ILLEGAL ALIENS**
12        vs.                         [8 U.S.C. §§ 1324(a)(1)(A)(iii) and
                                      1324(a)(1)(B)(i)]
13                                    (Counts 1 - 3)
   TAKESHI HASEYAMA,
14                                    **NOTICE OF FORFEITURE**
              Defendant.             [18 U.S.C. § 982(a)(6)]
15

16  THE GRAND JURY CHARGES:

17          **COUNT 1 - HARBORING ILLEGAL ALIEN**

18       Between on or about February 27, 2020 and March 17, 2020, in the District of Guam, the

19  defendant, TAKESHI HASEYAMA, knowing and in reckless disregard of the fact that an alien,

20  namely, Teruki Tanaka, had come to, entered, and remained in the United States in violation of

21  law, did conceal, harbor, and shield from detection such alien in buildings and other places for

22  the purpose of commercial advantage and private financial gain, in violation of Title 8, United

23  States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

24  //

INDICTMENT- 1

## COUNT 2 - HARBORING ILLEGAL ALIEN

Between on or about February 14, 2020 and March 17, 2020, in the District of Guam, the defendant, TAKESHI HASEYAMA, knowing and in reckless disregard of the fact that an alien, namely, Tomoya Nobuyoshi, had come to, entered, and remained in the United States in violation of law, did conceal, harbor, and shield from detection such alien in buildings and other places for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

## COUNT 3 - HARBORING ILLEGAL ALIEN

Between on or about February 7, 2020 and March 17, 2020, in the District of Guam, the defendant, TAKESHI HASEYAMA, knowing and in reckless disregard of the fact that an alien, namely, Keng Wei Hu, had come to, entered, and remained in the United States in violation of law, did conceal, harbor, and shield from detection such alien in buildings and other places for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

## NOTICE OF FORFEITURE

Pursuant to Title 18, United States Code, Section 982(a)(6), upon conviction of a violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i), as alleged above, the defendant, TAKESHI HASEYAMA, shall forfeit to the United States of America, any conveyance that has been used or is being used in the commission of the offense of which the defendant is convicted, any property real or personal that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense of which the person is convicted, and any property real or personal that is used to

INDICTMENT- 2

facilitate, or is intended to be used to facilitate, the commission of the offense of which the person is convicted.

DATED this 17th day of June, 2020.

A TRUE BILL.

REDACTED
REDACTED

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and the NMI

By: _____
BENJAMIN K. PETERSBURG
Assistant U.S. Attorney

INDICTMENT- 3